IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
Statesville Division

| | |
|---|---|
| MARGARET SELIG, | |
| Plaintiff, | |
| v. | Case No. 5:23-cv-00004 |
| SIEMENS GOVERNMENT TECHNOLOGIES, INC., | |
| Defendant. | |

## DEFENDANT SIEMENS GOVERNMENT TECHNOLOGIES, INC.'S MOTION TO FILE UNDER SEAL

Defendant Siemens Government Technologies, Inc. ("Defendant"), by and through counsel, moves this Court for an Order allowing Defendant to file under seal a copy of the confidential settlement agreement, dated April 19, 2023, which fully resolves this matter (the "Settlement Agreement"). The present motion is being filed contemporaneously with Defendant's Motion to Enforce Settlement Agreement and to Dismiss Complaint. An unredacted copy of the Settlement Agreement is being submitted herewith for the Court's review.

The Settlement Agreement contains the terms of a mutual resolution of a dispute between Plaintiff Margaret Selig and Defendant. The Settlement Agreement includes a confidentiality provision. The sealing of the Settlement Agreement is necessary so that the Court can rule on Defendant's Motion to Enforce, and there is no alternative to filing the Settlement Agreement under seal. The sealing should be permanent.

WHEREFORE, Defendant respectfully requests that the Court issue an Order that the

Settlement Agreement be filed under seal and that the Settlement Agreement be reviewed by the Court for the limited purpose of ruling on Defendant's Motion to Enforce Settlement Agreement and to Dismiss Complaint.

This the 15th day of June 2023.

Respectfully submitted,

*/s/ Marc E. Gustafson*
Local Counsel
Marc E. Gustafson, N.C. Bar No. 34429
BELL, DAVIS & PITT, P.A.
227 W. Trade Street, Suite 1800
Charlotte, North Carolina 28202
Telephone: (704) 227-0400
Facsimile: (704) 227-0178
Email: mgustafson@belldavispitt.com

Craig J. Franco (admitted *pro hac vice*)
ODIN, FELDMAN & PITTLEMAN, P.C.
1775 Wiehle Ave., Suite 400
Reston, VA 20190
Telephone: (703) 218-2302
Facsimile: (703) 218-2160
Craig.Franco@ofplaw.com
**Counsel for Defendant Siemens Government Technologies, Inc.**

## CERTIFICATE OF SERVICE

I certify that on June 15, 2023, a copy of the forgoing was served by electronically filing a copy with the clerk of the court using the ECF filing system, which will automatically notify all registered counsel of record.

This the 15th day of June 2023.

*/s/ Marc E. Gustafson*
Marc E. Gustafson